7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Covell NMN Bellamy, III and Gwendolyn Elizabeth Bellamy
*Debtor*

*Bankruptcy Case No.*
15−60626−abf7

**J. Kevin Checkett**
  Plaintiff(s)

*Adversary Case No.*
15−06053−abf

v.

**Covell Bellamy, Jr.**
  Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: That Judgment is hereby entered in favor of the Plaintiff J. Kevin Checkett, Trustee, and against the Defendant, Citicards in the amount of $2,500.00.

PAIGE WYMORE−WYNN
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk

Date of issuance: 6/17/16

Court to serve